In the Matter of NATHAN COHEN, Deceased.— Motion to dismiss appeal denied,

with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of ESTHER MARGOLIS, as General Guardian, etc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.